```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 54716
    KENNETH STENNETT
    BRENDA F STENNETT                           CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
         Debtor
    SSN XXX-XX-9638     SSN XXX-XX-6859
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/14/05 and confirmed on 01/13/06.

   2.  The case was dismissed after confirmation, 12/21/2007.

   3.  The Debtor paid a total of $ 21404.40 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CREDIT ACCEPTANCE CORP | SECURED | 8100.00 | 481.59 | 8100.00 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 10619.95 | .00 | 2884.86 |
| ILLINOIS DEPT REVENUE | PRIORITY | 420.69 | .00 | 420.69 |
| INTERNAL REVENUE SERVICE | PRIORITY | 582.03 | .00 | 582.03 |
| ASSET ACCEPTANCE CORP | UNSECURED | 265.81 | .00 | 72.20 |
| BANKFIRST | UNSECURED | NOT FILED | .00 | .00 |
| CALIFORNIA NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 142.00 | .00 | 38.43 |
| CITY OF CHICAGO | UNSECURED | 400.00 | .00 | 108.66 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF HARVEY | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 3360.35 | .00 | 912.84 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| EDWARDS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 426.30 | .00 | 115.81 |
| C ANDRICACOU MD | UNSECURED | NOT FILED | .00 | .00 |
| HOME FEDERAL SAVINGS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 310.37 | .00 | 84.30 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | 1982.50 | .00 | 538.55 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| INTERNAL REVENUE SERVICE | UNSECURED | 651.19 | .00 | 176.90 |
| MIDNIGHT VELVET | UNSECURED | 324.55 | .00 | 88.16 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RDC FINANCIAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 493.96 | .00 | 134.19 |
| SPIEGEL | UNSECURED | NOT FILED | .00 | .00 |

```
US DEPT OF EDUCATION        UNSECURED      8358.76          .00     2270.63
VALLEY IMAGING CONSULTAN    UNSECURED    NOT FILED          .00         .00
Z-TEL COMMUNICATIONS        UNSECURED    NOT FILED          .00         .00
RESURGENT CAPITAL SERVIC    UNSECURED       259.39          .00       70.45
CITY OF MARKHAM             UNSECURED    NOT FILED          .00         .00
CREDIT ACCEPTANCE CORP      UNSECURED      2279.84          .00      619.30
ASSET ACCEPTANCE CORP       UNSECURED       378.01          .00      102.69
ILLINOIS DEPT REVENUE       UNSECURED       393.11          .00      106.79
         Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  8100.00      1002.72     30646.09         .00    39748.81
PRINCIPAL PAID      8100.00      1002.72      8324.76         .00    17427.48
INTEREST PAID        481.59          .00          .00         .00      481.59
TOTAL PAID          8581.59      1002.72      8324.76         .00    17909.07
```

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $  2700.00 and was paid $   2700.00 .

The Trustee received $    795.33 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/10/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 54716 KENNETH STENNETT & BRENDA F STENNETT